

# Fourth Court of Appeals
## San Antonio, Texas

April 17, 2015

No. 04-14-00050-CR

Taylor Rae **ROSENBUSCH**,
Appellant

v.

**THE STATE OF TEXAS,**
Appellee

From the 226th Judicial District Court, Bexar County, Texas
Trial Court No. 2011CR11075
Honorable Dick Alcala, Judge Presiding

## O R D E R

The State's brief was originally due to be filed with this court on March 13, 2015. We granted the State's first motion for an extension of time to file the brief until April 13, 2015. On April 14, 2015, the State filed its second motion for extension of time to file its brief. It requested a thirty-day extension for a total extension of sixty days.

The State's motion is GRANTED. The State's brief must be filed with this court not later than May 13, 2015. *Absent extenuating circumstances, no further extensions will be granted.*

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 17th day of April, 2015.

_____
Keith E. Hottle
Clerk of Court